■ MARIA MELENDEZ et al., Appellants, v. LOUIS ERMAK, Respondent.— Motion by appellants for a stay of trial, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ CHARLES G. PILLON et al., Appellants, v. GORDON EDWARDS et al., Respondents.— Motion by appellants for a stay, pending appeal, denied. Motion by certain property owners for leave to intervene as parties plaintiff, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DI BENEDETTO, Appellant.— Motion by appellant for an enlargement of time to perfect his appeal, granted; time enlarged to the December Term, beginning November 27, 1961; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS THOMPSON, Appellant.— Motion by appellant for an enlargement of time to perfect his appeal, granted; time enlarged to the December Term, commencing November 27, 1961; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMETT JOHNSON, Appellant, v. EDWARD M. FAY, as Warden of GREEN HAVEN PRISON, Respondent.— Motion by appellant for leave to appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the January 1962 Term; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Alexander Goldberg, Esq., 39 Market Street, Poughkeepsie, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.